UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 14-80727-cv-ROSENBERG/BRANNON

**ELIZABETH BOHLKE**, as an
individual and on behalf of all others
similarly situated,

        Plaintiff,

vs.

**SHEARER'S FOODS, LLC**, an Ohio
limited liability company,

        Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ELIZABETH BOHLKE, individually, by and through her undersigned counsel, and Defendant, SHEARER'S FOODS, LCC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 28th day of May, 2015.

| | |
|---|---|
| By: */s/ Joshua H. Eggnatz* | */s* Royce R. Remington |
| Joshua H. Eggnatz, Esq. Fla. Bar. No.: 0067926 | Royce R. Remington (Ohio Bar No. 0040408)* rrr@hahnlaw.com |
| Michael J. Pascucci, Esq. Fla. Bar. No.: 83397 | Kelly A. Kosek (Ohio Bar No. 0075623) * kkosek@hahnlaw.com |
| **EGGNATZ, LOPATIN & PASCUCCI, LLP** | Michael B. Pascoe (Ohio Bar No. 0080899)* mpascoe@hahnlaw.com |
| | **HAHN LOESER & PARKS LLP** |

5400 S. University Drive, Ste. 413
Davie, FL 33328
Tel: (954) 889-3359
Fax: (954) 889-5913
jeggnatz@ ELPLawyers.com
mpascucci@ ELPLawyers.com

*Attorneys for Plaintiff*

200 Public Square, Suite 2800
Cleveland, Ohio 44114
Phone: 216.621.0150
Fax: 216.241.282401

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **28th day of May, 2015**, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF.  I also certify under penalty of perjury under the laws of the United States of America that the foregoing document is being served this day on all counsel of record identified on the attached service list via transmission Notices of Electronic Filing generated by CM/ECF.

/s/   Joshua H. Eggnatz
Joshua H. Eggnatz, Esq.

## SERVICE LIST

Justin B. Mazzara (0036217)
jmazzara@hahnlaw.com
**HAHN LOESER &PARKS LLP**
2400 First Street, Suite 300 Fort Myers, FL 33901
Phone: 239.337.6700 Fax: 239.337.6701

Royce R. Remington (Ohio Bar No. 0040408)*
rrr@hahnlaw.com
Michael B. Pascoe (Ohio Bar No. 0080899)*
mpascoe@hahnlaw.com
Kelly A. Kosek (Ohio Bar No. 0075623)
kkosek@hahnlaw.com
**HAHN LOESER &PARKS LLP**
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Phone: 216.621.0150
Fax: 216.241.2824